IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**MOLLY SANDERS and WILLIAM SANDERS,**
Individually and as Representatives of all other
persons similarly situated                                                                      **PLAINTIFFS**

VS.                              CASE NO. 4:07-CV-659JLH

**RAVE MOTION PICTURES LITTLE ROCK, a**
Delaware Limited Company, d/b/a RAVE MOTION
PICTURES and RAVE REVIEWS CINEMAS, LLC,
a Delaware Limited Liability Company; BOSTON
VENTURES, LP, a Delaware Limited Partnership                          **DEFENDANTS**

## PLAINTIFFS' NOTICE OF DISMISSAL

COME NOW the Plaintiffs Molly Sanders and William Sanders, Individually and as Representatives of all other persons similarly situated, by and through their attorneys, Matthews, Sanders & Sayes, and for their Notice of Dismissal states:

1.   Pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the Plaintiffs hereby file their Notice of Dismissal of the above styled matter as there has been no pleadings filed by any adverse party. This matter is being dismissed prior to service of any summons.

WHEREFORE, the Plaintiffs hereby dismiss their cause of action against the above Defendants without prejudice.

                MATTHEWS, SANDERS & SAYES
                Attorneys for Plaintiff

                By: /s/ Doralee Chandler
                    DORALEE CHANDLER #98179
                    GAIL O. MATTHEWS #60025
                    825 West Third Street
                    Little Rock, Arkansas  72201
                    (501) 378-0717